[No. 12686–5–I.   Division One.   May 20,. 1985.]

DONALD BATDORF, ET AL, *Appellants,* v. TRANSAMERICA
TITLE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82–2–00799–1, Byron L. Swedberg, J., entered December 10, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse and Webster, JJ. Now published at 41 Wn. App. 254.

[No. 13911–8–I.   Division One.   May 20, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBBY
LEROY GIBBONS, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 83–8–01383–8, Robert W. Winsor and Patricia H. Aitken, JJ., entered July 27 and September 22, 1983. *Reversed* by unpublished opinion per Webster, J., concurred in by Scholfield, A.C.J., and Ringold, J.

[No. 14491–0–I.   Division One.   May 20, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRIS
DONOVAN FISHER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–04441–5, Jack Richey, J. Pro Tem., entered January 31, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, A.C.J., and Ringold, J. Now published at 40 Wn. App. 888.

[No. 12112–0–I.   Division One.   May 20, 1985.]

STEVEN ALDRICH, *Appellant,* v. SAFECO INSURANCE
COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–06927–2, George H. Revelle, J., entered July 28, 1982. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Grosse, JJ.